[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 13, 2006
THOMAS K. KAHN
CLERK

No. 05-14618
Non-Argument Calendar
_____

D. C. Docket No. 02-03277-CV-JEC-1

ADINA E. LOFTON, PATRICIA J. WILSON,

Plaintiffs-Appellants,

versus

JOHN E. POTTER, UNITED STATES POSTAL SERVICE,
UNITED STATES OF AMERICA,

Defendants-Appellees,

POSTMASTER TOURGEE SIMPSON,
individually and in his official capacity,

Defendant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(March 13, 2006)

Before ANDERSON, BIRCH and HILL, Circuit Judges.

PER CURIAM:

We have thoroughly reviewed the issues raised in the merits of this case by examining the extensive record, the briefs, and the arguments of counsel contained therein. Under a *de novo* standard of review, we conclude that the eleven-page district court order by the Honorable Julie E. Carnes, dated July 21, 2005, is thorough, well-reasoned and correct. *See Kelliher v. Veneman*, 313 F.3d 1270, 1275 (11th Cir. 2002). It is affirmed as to all issues and adopted as the order of this court.

AFFIRMED.